Electronically Filed
Supreme Court
SCPW-17-0000593
07-SEP-2017
08:01 AM

SCPW-17-0000593

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

THE HONORABLE EDWIN NACINO, Judge of the Circuit Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 01-13-1461)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's motion for reconsideration, filed on August 29, 2017, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, September 7, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

